UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL WAYNE WILDING,

      Plaintiff,

                                   Case No. 10-cv-12924
                                   Paul D. Borman
                                   United States District Judge

v.

                                   Charles E. Binder
                                   United States Magistrate Judge

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

## OPINION AND ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, AFFIRMING THE FINDINGS AND CONCLUSIONS OF THE COMMISSIONER AND DISMISSING PLAINTIFF'S COMPLAINT

Before the Court is Magistrate Judge Charles E. Binder's March 14, 2011 Report and Recommendation Denying Plaintiff's Motion for Summary Judgment and Granting Defendant's Motion for Summary Judgment, and Affirming the findings of the Commissioner. (Dkt. No. 14.)

Having reviewed that Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Magistrate Judge's Report and Recommendation (Dkt. No. 14), DENIES Plaintiff's Motion for Summary Judgment (Dkt. No. 12), GRANTS Defendant's Motion for Summary Judgment (Dkt. No. 13), AFFIRMS the findings of the Commissioner and DISMISSES Plaintiff's Complaint.

        **IT IS SO ORDERED.**        S/Paul D. Borman
                                                         PAUL D. BORMAN
                                                          UNITED STATES DISTRICT JUDGE

Dated: April 28, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 28, 2011.

                                                S/Denise Goodine
                                                Case Manager